IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID DURNELL                                                                                    PLAINTIFF

vs.                                    NO. 1:08CV00013 BSM

CONAGRA FOODS, INC.                                                                    DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the joint motion to dismiss, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 18th day of February, 2009.


_____
UNITED STATES DISTRICT JUDGE